AO 245E  (Rev 12/03) Judgment in a Criminal Case for Organizational Defendants
Sheet 1

# UNITED STATES DISTRICT COURT

District of _____ Columbia

**FILED**
**OCT 6 - 2014**
Clerk, U.S. District and
Bankruptcy Courts

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | (For Organizational Defendants) |
| ROBBINS & MYERS BELGIUM, S.A. | CASE NUMBER: 14CR192 |
| | Marlon Q. Paz, Esquire and Tim Johnson, Esquire |
| | Defendant Organization's Attorney |

**THE DEFENDANT ORGANIZATION:**

☑ pleaded guilty to count(s)  1 through 4 of the Information filed on 9/18/2014.

☐ pleaded nolo contendere to count(s) _____
which was accepted by the court.

☐ was found guilty on count(s) _____
after a plea of not guilty.

The organizational defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 50 U.S.C. 1705(a) and (c); Executive Order No. 13338; 15 C.F.R. Part | Unlawful Export or Attempted Export | 8/22/2006 | 1 |

The defendant organization is sentenced as provided in pages 2 through __11__ of this judgment.

☐ The defendant organization has been found not guilty on count(s) _____

☐ Count(s) _____ ☐ is  ☐ are  dismissed on the motion of the United States.

It is ordered that the defendant organization must notify the United States attorney for this district within 30 days of any change of name, principal business address, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant organization must notify the court and United States attorney of material changes in economic circumstances.

Defendant Organization's
Federal Employer I.D No  N/A

10/2/2014
Date of Imposition of Judgment

Defendant Organization's Principal Business Address

Robbins & Myers Belgium, S.A.
c/o Craig L. Weinstock
National Oilwell Varco
Senior V.P. and General Counsel
7909 Parkwood Circle Drive
Houston, TX 77036

_/s/ Beryl A. Howell_
Signature of Judge

Beryl A. Howell        U.S. District Judge
Name of Judge          Title of Judge

10/3/2014
Date

Defendant Organization's Mailing Address

Same as above.

DEFENDANT ORGANIZATION: ROBBINS & MYERS BELGIUM, S.A.
CASE NUMBER: 14CR192

Judgment—Page 2 of 11

## ADDITIONAL COUNTS OF CONVICTION

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 746.9 and General Order No. 2 to Supplement 1 of Part 736 | | | |
| 50 U.S.C. 1705(a) and (c); Executive Order No. 13338; 15 C.F.R. Part 746.9 and General Order No. 2 to Supplement 1 of Part 736 | Unlawful Export or Attempted Export | 9/11/2006 | 2 |
| 50 U.S.C. 1705(a) and (c); Executive Order No. 13338; 15 C.F.R. Part 746.9 and General Order No. 2 to Supplement 1 of Part 736 | Unlawful Export or Attempted Export | 9/29/2006 | 3 |
| 50 U.S.C. 1705(a) and (c); Executive Order No. 13338; 15 C.F.R. Part 746.9 and General Order No. 2 to Supplement 1 of Part 736 | Unlawful Export or Attempted Export | 10/31/2006 | 4 |

Judgment—Page __3__ of __11__

DEFENDANT ORGANIZATION: ROBBINS & MYERS BELGIUM, S.A.
CASE NUMBER: 14CR192

# PROBATION

The defendant organization is hereby sentenced to probation for a term of :
CONCURRENT TERMS OF FIVE (5) YEARS ON EACH OF COUNTS ONE (1) THROUGH FOUR (4).

The defendant organization shall not commit another federal, state or local crime.

If this judgment imposes a fine or a restitution obligation, it is a condition of probation that the defendant organization pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant organization must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page (if indicated below).

## STANDARD CONDITIONS OF SUPERVISION

1) within thirty days from the date of this judgment, the defendant organization shall designate an official of the organization to act as the organizations's representative and to be the primary contact with the probation officer;

2) the defendant organization shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

3) the defendant organization shall notify the probation officer ten days prior to any change in principal business or mailing address;

4) the defendant organization shall permit a probation officer to visit the organization at any of its operating business sites;

5) the defendant organization shall notify the probation officer within seventy-two hours of any criminal prosecution, major civil litigation, or administrative proceeding against the organization;

6) the defendant organization shall not dissolve, change its name, or change the name under which it does business unless this judgment and all criminal monetary penalties imposed by this court are either fully satisfied or are equally enforceable against the defendant's successors or assignees; and

7) the defendant organization shall not waste, nor without permission of the probation officer, sell, assign, or transfer its assets.

DEFENDANT ORGANIZATION: ROBBINS & MYERS BELGIUM, S.A.
CASE NUMBER: 14CR192

Judgment—Page 4 of 11

## ADDITIONAL PROBATION TERMS

Special Assessment - The defendant shall pay a $400.00 special assessment on each of Counts 1 through 4 for a total amount of $1,600.00, this amount shall be due immediately and shall be payable to the Clerk of the Court for the U.S. District Court, District of Columbia.

Fine Obligation - The defendant shall pay a $250,000.00 fine on each of Counts 1 through 4 for a total amount of $1,000,000.00, this amount shall be due immediately and shall be payable to the Clerk of the Court for the U.S. District Court, District of Columbia.

AO 245E (Rev. 12/03) Judgment in a Criminal Case for Organizational Defendants
Sheet 2A — Probation

Judgment—Page 4 of 11

DEFENDANT ORGANIZATION: ROBBINS & MYERS BELGIUM, S.A.  
CASE NUMBER: 14CR192

Judgment—Page 5 of 11

## SPECIAL CONDITIONS OF SUPERVISION

The Company shall implement and maintain an effective corporate export compliance policy, controls or procedures that fully comport with the procedures set forth in the United States Sentencing Guidelines Manual, Section 8 (b) (2) (1), and including a number of minimum requirements that are set out in the Plea Agreement at pages 3 through 5.

IT IS FURTHER ORDERED that the defendant shall forfeit to the United States, pursuant to 18 U.S.C. 981(a)(1)(C), and 28 U.S.C. 2461(c), a money judgment in the amount of $31,716.36, which represents a sum of money equal to property constituting, or derived from, proceeds obtained, directly or indirectly, as the result of the offenses alleged in Counts One through Four of the Information. (Consent Order of Forfeiture attached.)

DEFENDANT ORGANIZATION: ROBBINS & MYERS BELGIUM, S.A.  
CASE NUMBER: 14CR192

Judgment — Page __6__ of __11__

# CRIMINAL MONETARY PENALTIES

The defendant organization must pay the following total criminal monetary penalties under the schedule of payments on Sheet 4.

|        | **Assessment** | **Fine**        | **Restitution** |
|--------|----------------|-----------------|-----------------|
| **TOTALS** | $ 1,600.00   | $ 1,000,000.00  | $ 0.00          |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

☐ The defendant organization shall make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant organization makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
|   |   |   |   |

**TOTALS**                                              $         0.00    $         0.00

☐ Restitution amount ordered pursuant to plea agreement   $ _____

☐ The defendant organization shall pay interest on restitution or a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 4 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant organization does not have the ability to pay interest, and it is ordered that:

  ☐ the interest requirement is waived for the   ☐ fine   ☐ restitution.

  ☐ the interest requirement for the   ☐ fine   ☐ restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245E    (Rev 12/03) Judgment in a Criminal Case for Organizational Defendants
           Sheet 4 — Schedule of Payments

DEFENDANT ORGANIZATION: ROBBINS & MYERS BELGIUM, S.A.                    Judgment — Page __7__ of __11__
CASE NUMBER: 14CR192

# SCHEDULE OF PAYMENTS

Having assessed the organization's ability to pay, payment of the total criminal monetary penalties are due as follows:

**A**  ☑ Lump sum payment of $ __1,600.00__  due immediately, balance due

      ☐ not later than _____ , or
      ☑ in accordance with  ☐ C or  ☑ D below; or

**B**  ☐ Payment to begin immediately (may be combined with  ☐ C or  ☐ D below); or

**C**  ☐ Payment in _____ (e.g., equal, weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

**D**  ☑ Special instructions regarding the payment of criminal monetary penalties:

    The defendant shall pay a special assessment in the amount of $1,600.00, and a fine in the amount of $1,000,000.00. These amounts are immediately due and payable to the Clerk of the U.S. District Court for the District of Columbia.

All criminal monetary penalties are made to the clerk of the court.

The defendant organization shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several

    Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

☐ The defendant organization shall pay the cost of prosecution.

☐ The defendant organization shall pay the following court cost(s):

☑ The defendant organization shall forfeit the defendant organization's interest in the following property to the United States:

    A money judgment in the amount of $31,716.36. (Consent Order of Forfeiture attached.)

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.